UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX P. LUCERO, | No. C 10-1339 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| R.K. WONG, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 21, 2011

_____
SUSAN ILLSTON
United States District Judge