UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIX P. LUCERO,                                    No. C 10-1339 SI (pr)

         Petitioner,                             **JUDGMENT**

     v.

R.K. WONG, warden,

         Respondent.
_____/

    The petition for writ of habeas corpus is denied on the merits.

    IT IS SO ORDERED AND ADJUDGED.

DATED: November 21, 2011

                        _____
                           SUSAN ILLSTON
                    United States District Judge

United States District Court

For the Northern District of California